SIGAL CHATTAH
United States Attorney
District of Nevada
Nevada Bar Number 8264
DANIEL J. COWHIG
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
702-388-6336
daniel.cowhig@usdoj.gov
*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER DANTE COOK,<br><br>Defendant. | **CRIMINAL INDICTMENT**<br><br>Case No. 2:25-cr-0155-GMN-NJK<br><br>**VIOLATIONS:**<br><br>Count One: 18 U.S.C. §§ 922(a)(1)(A), 923(a), and 924(a)(1)(D) – Dealing in Firearms Without a License<br><br>Counts Two, Three and Five: 18 U.S.C. §§ 922(g)(1) and 924(a)(8) – Possession of Firearms by a Prohibited Person<br><br>Counts Four and Six: 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi) – Distribution of a Controlled Substance (Fentanyl)<br><br>Count Seven: 18 U.S.C. § 924(c)(1)(A)(i) – Carrying a Firearm During and in Relation to a Drug Trafficking Crime |

**THE GRAND JURY CHARGES THAT:**

**COUNT ONE**
Dealing in Firearms Without a License
18 U.S.C. §§ 922(a)(1)(A), 923(a), and 924(a)(1)(D)

1

Between on or about July 10, 2024, and December 18, 2024, in the State and Federal District of Nevada and elsewhere,

**CHRISTOPHER DANTE COOK,**

defendant herein, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, willfully engaged in the business of dealing in firearms, in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## COUNT TWO
Possession of a Firearm by a Prohibited Person (Prior Felony)
18 U.S.C. §§ 922(g)(1) and 924(a)(8)

On or about July 11, 2024, in the State and Federal District of Nevada,

**CHRISTOPHER DANTE COOK,**

defendant herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that is: Importation of Methamphetamine in violation of Title 21, United States Code, Sections 952 and 960, in the United States District Court in the Southern District of California, on or about December 13, 2021, in Case No. 3:21-CR-703-WQH, knowingly possessed a firearm, that is: a privately made 9x19mm semiautomatic pistol, bearing no serial number, incorporating a black Polymer80 P80 model PF940V2 frame, a black unmarked 9x19mm barrel, and a black unmarked slide, and bearing a black QR-Laser laser sight with flashlight, said possession being in and affecting interstate commerce and said firearm having been shipped and transported in interstate commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

### COUNT THREE
Possession of a Firearm by a Prohibited Person (Prior Felony)
18 U.S.C. §§ 922(g)(1) and 924(a)(8)

On or about August 2, 2024, in the State and Federal District of Nevada,

**CHRISTOPHER DANTE COOK,**

defendant herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that is: Importation of Methamphetamine in violation of Title 21, United States Code, Sections 952 and 960, in the United States District Court in the Southern District of California, on or about December 13, 2021, in Case No. 3:21-CR-703-WQH, knowingly possessed a firearm, that is: a privately made 9x19mm semiautomatic pistol, bearing no serial number, incorporating a black Polymer80 P80 model PF940C frame, a grey unmarked 9x19mm barrel, and a silver-metallic unmarked slide, said possession being in and affecting commerce and said firearm having been shipped and transported in interstate or foreign commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

### COUNT FOUR
Distribution of a Controlled Substance (Fentanyl)
21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi)

On or about December 6, 2024, in the State and Federal District of Nevada,

**CHRISTOPHER DANTE COOK,**

defendant herein, knowingly and intentionally distributed more than 40 grams of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (fentanyl), a Schedule II controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(vi).

Before **CHRISTOPHER DANTE COOK** committed the offense charged in this count, **CHRISTOPHER DANTE COOK** had a final conviction for a serious drug felony, namely, a conviction under 21 U.S.C. §§ 952 and 960 for which **CHRISTOPHER DANTE COOK** served a term of imprisonment of more than 12 months and for which **CHRISTOPHER DANTE COOK**'s release from any term of imprisonment was within 15 years of the commencement of the instant offense. As a result of that conviction, **CHRISTOPHER DANTE COOK** is subject to increased punishment under Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(vi).

### COUNT FIVE
Possession of a Firearm by a Prohibited Person (Prior Felony)
18 U.S.C. §§ 922(g)(1) and 924(a)(8)

On or about December 18, 2024, in the State and Federal District of Nevada,

**CHRISTOPHER DANTE COOK,**

defendant herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that is: Importation of Methamphetamine in violation of Title 21, United States Code, Sections 952 and 960, in the United States District Court in the Southern District of California, on or about December 13, 2021, in Case No. 3:21-CR-703-WQH, knowingly possessed firearms, that is: a Glock Ges.m.b.H. / Glock Inc. model G19 9x19mm semiautomatic pistol, bearing serial number DWA190US; a Sturm Ruger and Co. Inc. model P85 9x19mm semiautomatic pistol bearing serial number 300-37642; and a Mossberg model 500A 12 gauge pump-action shotgun bearing serial number R730483, said possession being in and affecting interstate commerce and said firearms having been shipped and transported in interstate commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT SIX
Distribution of a Controlled Substance (Fentanyl)
21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi)

On or about December 18, 2024, in the State and Federal District of Nevada,

**CHRISTOPHER DANTE COOK,**

defendant herein, knowingly and intentionally distributed more than 40 grams of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (fentanyl), a Schedule II controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(vi).

Before **CHRISTOPHER DANTE COOK** committed the offense charged in this count, **CHRISTOPHER DANTE COOK** had a final conviction for a serious drug felony, namely, a conviction under 21 U.S.C. §§ 952 and 960 for which CHRISTOPHER DANTE COOK served a term of imprisonment of more than 12 months and for which CHRISTOPHER DANTE COOK's release from any term of imprisonment was within 15 years of the commencement of the instant offense. As a result of that conviction, CHRISTOPHER DANTE COOK is subject to increased punishment under Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(vi).

## COUNT SEVEN
Using and Carrying a Firearm During and in Relation to a Drug Trafficking Crime
18 U.S.C. § 924(c)(1)(A)(i)

On or about December 18, 2024, in the State and Federal District of Nevada,

**CHRISTOPHER DANTE COOK,**

defendant herein, did knowingly use and carry a firearm during and in relation to a drug trafficking crime, to wit: Distribution of a Controlled Substance as set forth in Count Six, that is: a Glock Ges.m.b.H. / Glock Inc. model G19 9x19mm semiautomatic pistol, bearing serial number DWA190US; a Sturm Ruger and Co. Inc. model P85 9x19mm

5

semiautomatic pistol, bearing serial number 300-37642; and a Mossberg model 500A 12 gauge pump-action shotgun, bearing serial number R730483, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

**DATED:** this 3rd day of June 2025.

**A TRUE BILL:**

/S/
FOREPERSON OF THE GRAND JURY

SIGAL CHATTAH
United States Attorney

DANIEL J. COWHIG
Assistant United States Attorney