**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00155-GMN-NJK |
| Plaintiff, | FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |
| v. | |
| CHRISTOPHER DANTE COOK, | |
| Defendant. | |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Defense counsel needs additional time to conduct investigation, confer with government counsel, and advise the defendant to determine whether there are any pretrial issues that must be litigated and to prepare for trial.

2. The defendant is incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but to allow defense counsel sufficient time to effectively review and complete investigation of the discovery materials provided.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section

1

3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

**CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, Section § 3161 (h)(7)(A), when the considering the factors under Title 18, United States Code, § 3161(h)(7)(B)(i), (iv).

**ORDER**

IT IS THEREFORE ORDERED that the parties herein shall have to and including April 7, 2026 to file any and all pretrial motions and notice of defense.

IT IS FURTHER ORDERED that the parties shall have to and including April 21, 2026 to file any and all responses.

IT IS FURTHER ORDERED that the parties shall have to and including April 28, 2026 to file any and all replies.

IT IS FURTHER ORDERED that trial briefs, proposed voir dire questions, proposed jury instructions, and a list of the Government's prospective witnesses must be electronically submitted to the Court by the _9th_ day of _____July_____, 2026.

IT IS FURTHER ORDERED that the calendar call currently scheduled for March 17, 2026, at the hour of 9:00 a.m., be vacated and continued to _July 14, 2026_ at the hour of 9:00 a.m.; and the trial currently scheduled

for March 23, 2026, at the hour of 8:30 a.m., be vacated and continued to July 20, 2026 _____ at the hour of 8:30 a.m.

DATED this __23__ day of February, 2026.

_____
UNITED STATES DISTRICT JUDGE

USA v. Cook
2:25-cr-00155-GMN-NJK
Stipulation to Continue
Deadlines and Trial Dates
February 18, 2026

3