TODD BLANCHE
Acting Attorney General
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
DANIEL J. COWHIG
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
daniel.cowhig@usdoj.gov
*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER DANTE COOK,<br><br>Defendant. | Case No. 2:25-cr-155-GMN-~~BNW~~ NJK<br><br>First Stipulation to Continue United States' Deadline to Respond to Defendant's Motion to Compel Disclosure of Confidential Informant Files<br>[ECF No. 41] |

IT IS HEREBY STIPULATED AND AGREED, by Erin M. Gettel, Snell & Wilmer, counsel for defendant Christopher Dante Cook, and Dan Cowhig, Assistant United States Attorney, that the deadline for the government response to Cook's Motion to Compel Disclosure of Confidential Informant Files, ECF No. 41, currently due on September 22, 2026, be extended to September 29, 2026.

This stipulation is entered into for the following reasons:

1. On August 31, 2026, defendant Cook filed a pro se Motion to Dismiss Counsel. ECF No. 40.

2. On September 8, 2026, counsel for Cook filed a Motion to Compel Disclosure of Confidential Informant Files. ECF No. 41. Under the current scheduling order, motions were due on July 27, 2026. ECF No. 40.

3. On September 17, 2026, the Court granted Cook's Motion to Dismiss Counsel. ECF No. 43.

4. On September 18, 2026, the Court appointed Erin M. Gettel, of Snell & Wilmer, counsel for Cook under the Provisions of the Criminal Justice Act, *nunc pro tunc* to September 17, 2026. ECF No. 44.

5. Trial in this case is currently set for November 2, 2026. ECF No. 20. Counsel for Cook, newly appointed, has informed the District Court and government counsel that she does not anticipate proceeding to trial on the current setting.

6. Counsel for the government needs additional time to confer with new counsel for Cook to determine whether the discovery dispute can be narrowed or resolved.

7. Counsel for Cook will need additional time to file the defense reply as she must complete analysis of the existing discovery, confer with her client, and will be unavailable during some of the interim time.

8. The parties agree it is in the interest of justice to attempt to resolve the discovery demand between the parties prior to its adjudication by the court.

9. The request for additional time in this stipulation is made in good faith and not for purposes of delay.

10. This is the first stipulation to continue the deadline for the government's response to Cook's Motion to Compel Disclosure of Confidential Informant Files.

Respectfully submitted this September 22, 2026.

*//s// Erin M. Gettel*
ERIN M. GETTEL
Snell & Wilmer
Counsel for Christopher Dante Cook

DANIEL J. COWHIG
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER DANTE COOK,<br><br>Defendant. | Case No. 2:25-cr-155-GMN-~~BNW~~ NJK<br><br>ORDER |

**FINDINGS OF FACT**

Based on the pending stipulation of counsel, and good cause appearing therefore, the Courts finds that:

1. On August 31, 2026, defendant Cook filed a pro se Motion to Dismiss Counsel. ECF No. 40.

2. On September 8, 2026, counsel for Cook filed a Motion to Compel Disclosure of Confidential Informant Files. ECF No. 41. Under the current scheduling order, motions were due on July 27, 2026. ECF No. 40.

3. On September 17, 2026, the Court granted Cook's Motion to Dismiss Counsel. ECF No. 43.

4. On September 18, 2026, the Court appointed Erin M. Gettel, of Snell & Wilmer, counsel for Cook under the Provisions of the Criminal Justice Act, *nunc pro tunc* to September 17, 2026. ECF No. 44.

5. Trial in this case is currently set for November 2, 2026. ECF No. 20. Counsel for Cook, newly appointed, has informed the District Court and government counsel that she does not anticipate proceeding to trial on the current setting.

6. Counsel for the government needs additional time to confer with new counsel for Cook to determine whether the discovery dispute can be narrowed or resolved.

7. Counsel for Cook will need additional time to file the defense reply as she must complete analysis of the existing discovery, confer with her client, and will be unavailable during some of the interim time.

8. The parties agree it is in the interest of justice to attempt to resolve the discovery demand between the parties prior to its adjudication by the court.

9. The request for additional time in this stipulation is made in good faith and not for purposes of delay.

10. This is the first stipulation to continue the deadline for the government's response to Cook's Motion to Compel Disclosure of Confidential Informant Files.

**ORDER**

IT IS THEREFORE ORDERED that the government shall have until and including September 29, 2026, to file its response to Cook's Motion to Compel Disclosure of Confidential Informant Files at ECF No. 41. Counsel for Cook shall have until and including ~~October 9, 2026~~ October 6, 2026, to file the defense reply.

IT IS SO ORDERED this September 22 , 2026.

HONORABLE NANCY J. KOPPE
United States Magistrate Judge