Erin M. Gettel
Nevada Bar No. 13877
Snell & Wilmer L.L.P.
1700 South Pavillion Center Dr., Ste. 700
Las Vegas, NV 89135
Phone: 702.784.5200
egettel@swlaw.com

*Attorney for Defendant*
*Christopher Dante Cook*

SNELL & WILMER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

United States of America,

Plaintiff,

v.

Christopher Dante Cook

Defendants.

Case No. 2:25-cr-00155-GMN-NJK

**STIPULATION TO CONTINUE BRIEFING DEADLINE [ECF NO. 53]**

**FIRST REQUEST**

The Parties jointly request that this Court extend the deadline for Cook's renewed motion to compel for seven days, to October 28, 2026. The Parties enter this stipulation because:

1. Undersigned Defense Counsel was appointed on September 18, 2026, after Cook's motion to compel [ECF No. 41] was filed and the meet-and-confer certification had already been made.
2. On September 22, 2026, the Parties submitted a stipulation extending the government's time to oppose Cook's motion and Cook's time to file a reply. The Court granted the stipulation as to the government's deadline only. ECF No. 46.
3. The government timely filed its opposition, and Cook timely filed his reply. ECF Nos. 50, 53.

/ / /

4. On October 8, 2026, the Court denied Cook's motion to compel without prejudice and directed Cook to file any renewed motion to compel by October 21, 2026. ECF No. 53. The Court denied Cook's motion because it found that the meet-and-confer certification pursuant to LCR 16-1(c) and LR 1-3(f)(2) was deficient.
5. In accordance with the Court's October 8, 2026, Order, the Parties have re-engaged in the meet-and confer process. In addition, the Parties have re-engaged in plea negotiations that could obviate the need for motion practice. However, the Parties require additional time to complete those discussions.
6. Cook's trial has been continued to February 8, 2027. ECF No. 48.
7. There is good cause to grant the requested extension because this request is being made before the October 21 deadline and will not necessitate a trial continuance. *See* LCR 45-2(b) (requiring requests to extend motions deadline to a date within 75 days of current trial date to also include a request to continue the trial date or explain why the trial date need not be continued in the event the motion deadline is extended); ECF No. 7 (original pretrial motion deadline 30 days before original trial date). The requested extension will result in the renewed motion to compel being filed at least 103 days before the February 8, 2027, trial date.
8. Additionally, this extension is sought in good faith and not for purposes of delay, but to permit Undersigned Counsel and the government to confer fully on the issues raised in the prior motion-to-compel briefing and additionally, to determine whether a plea agreement may be reached that could obviate the need for motion practice.
9. This is the first request to extend the October 21 deadline set by the Court's October 8 Order.

SNELL & WILMER

Dated: October 19, 2026

SNELL & WILMER L.L.P.

By: */s/ Erin Gettel*

Erin M. Gettel (NV Bar #13877)
1700 S. Pavilion Center Drive, Ste. 7100
Las Vegas, NV 89135
Phone: (702) 784-5200
Email: egettel@swlaw.com

*Attorney for Defendant*
*Christopher Dante Cook*

Dated: October 19, 2026

Todd Blanche
Attorney General

By: */s/ Daniel J. Cowhig*

Daniel J. Cowhig
Assistant United States Attorney

SNELL & WILMER

SNELL & WILMER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

United States of America,

Plaintiff,

v.

Christopher Dante Cook

Defendants.

Case No. 2:25-cr-00155-GMN-NJK

**ORDER GRANTING FIRST STIPULATION TO CONTINUE BRIEFING DEADLINE [ECF No. 53]**

Based on the stipulation of counsel, the Court finds that good cause exists to continue the deadline for Cook's renewed motion to compel. Cook must file any renewed motion to compel, in accordance with the local rules, by October 28, 2026.

**IT IS SO ORDERED.**

Dated: October 19, 2026

HONORABLE NANCY J. KOPPE
United States Magistrate Judge