**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

United States of America,

Plaintiff,

vs.

Christopher Dante Cook,

Defendant.

Case No. 2:25-cr-00155-GMN-NJK

ORDER

(Docket No. 57)

On October 16, 2026,[1] while represented by counsel, Defendant Adam Lonergan filed a *pro se* motion. Docket No. 57. A party who is represented by counsel "cannot while so represented appear or act in the case." LR IA 11-6(a).

Accordingly,

Defendant's *pro se* filing, Docket No. 57, is **STRICKEN** from the docket.

IT IS SO ORDERED.

DATED: October 27, 2026.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

[1] Defendant dated the motion October 16, 2026, but it was not uploaded to the docket until October 26, 2026. *See* Docket No. 57. As Defendant was represented by counsel during that entire time period, the motion was filed in violation of the Court's local rules.