**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

United States of America,

Plaintiff,

v.

Christopher Dante Cook,

Defendant.

Case No.: 2:25-cr-00155-GMN-NJK

**Order Setting Hearing**

(Docket No. 58)

Pending before the Court is Defendant's motion for *Faretta* hearing. Docket No. 58.

IT IS HEREBY ORDERED that the Court sets a hearing on this motion for November 10, 2026, at 10:00 a.m.

IT IS FURTHER ORDERED that Defendant and his counsel must be present in the courtroom.

IT IS SO ORDERED.

DATED: October 27, 2026.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE